DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEYDA MIRANDA CAMPS** as mother and next best friend of LHP,
Appellant,

v.

**PHILIP A. PIKE, NORTHERN TRUST COMPANY** and **CAROLINE PIKE,**
Appellees.

No. 4D16-3388

[March 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 502012CP003409XXXXSB IX.

Jonathan Phillips of Florida Litigators, PLLC, West Palm Beach, for appellant.

William J. Berger of Weiss, Handler & Corwell, P.A., Boca Raton, for appellee, Phillip A. Pike.

Norman Fleisher of Gutter, Chaves, Josepher, Rubin, Forman, Fleisher, Miller, P.A., Boca Raton, for appellee, Northern Trust Company.

Edward Downey of Downey McElroy, P.A., Palm Beach Gardens, for appellee, Caroline L. Pike.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***